IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TAMMY PHIFER                                                                                        PLAINTIFF

V.                                                          CIVIL ACTION NO. 1:16-cv-00154-SA-DAS

DOLLAR GENERAL CORP.                                                                      DEFENDANT

ORDER

For the reasons fully articulated in a separate Memorandum Opinion issued this day, this case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 12(h)(3) for lack of subject matter jurisdiction. This case is CLOSED.

SO ORDERED, this the 4th day of January 2017.

                                                 /s/ Sharion Aycock
                                                 UNITED STATES DISTRICT JUDGE